## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERNDISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Melvin Chappell Jr.<br>Charlene D. Chappell<br><br>Debtors | CHAPTER 13<br><br>BKY. NO. 19-11245 MDC |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper and index same on the master mailing list.

      Respectfully submitted,
**/s/ Kevin G. McDonald, Esq.**
Kevin G. McDonald, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322