IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re:**

| | | |
|---|---|---|
| **MELVIN CHAPPELL, JR., and** | : | **CHAPTER 13** |
| **CHARLENE D. GRACE-CHAPPELL,** | : | |
| | : | |
| Debtors. | : | **BANKRUPTCY NO. 19-11245-mdc** |

NOTICE OF OBJECTION TO CLAIM AND HEARING DATE

**The Debtor has filed an Objection to Proof of Claim No. 13 filed by the City of Philadelphia on or about July 22, 2019.**

1.      **Your claim may be reduced, modified, or eliminated.**  You should read these papers carefully and discuss them with your attorney, if you have one.  (If you do not have an attorney, you may wish to consult an attorney).

2.      **If you do not want the court to change or eliminate your claim, you or your lawyer must attend the hearing on the objection,** scheduled to be held on November 26, 2019, at 10:30 a.m., in Courtroom No. 2, United States Bankruptcy Court, 900 Market Street, 2nd Floor, Philadelphia, PA  19107.  If you or your attorney do not attend the hearing on the objection, the Court may decide that you do not oppose the objection to your claim.

3.      **If you intend to appear at the hearing** to contest the objection to your claim, **you must notify the person listed below at least 7 days before the hearing date**.  If you do not notify the person listed below that you intend to appear, the Objector will be entitled to a postponement of the hearing.

                                                                REGIONAL BANKRUPTCY CENTER OF
                                                                SOUTHEASTERN PA, P.C., by:


Date:  October 24, 2019                        _____
                                                                Roger V. Ashodian
                                                                Attorney ID #42586
                                                                101 West Chester Pike, Suite 1A
                                                                Havertown, PA  19083
                                                                (610) 446-6800