# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-11245-MDC

MELVIN CHAPPELL, JR.
CHARLENE D GRACE-CHAPPELL
5011 SAUL STREET

PHILADELPHIA, PA 19124

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  MELVIN CHAPPELL, JR.
  CHARLENE D GRACE-CHAPPELL
  5011 SAUL STREET

  PHILADELPHIA, PA 19124

Counsel for debtor(s), by electronic notice only.

  ROGER V ASHODIAN
  101 WEST CHESTER PK
  SUITE 1A
  HAVERTOWN, PA 19083-

Date: 10/28/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee