**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Melvin Chappell Jr. | |
| Charlene D. Chappell | CHAPTER 13 |
| <u>Debtors</u> | BK NO: 19-11245 MDC |
| | |
| Nationstar Mortgage LLC d/b/a Mr. Cooper | |
| <u>Movant</u> | |
| vs. | |
| | |
| Melvin Chappell Jr. | |
| Charlene D. Chappell | |
| <u>Debtors</u> | |
| | |
| William C. Miller, Esquire | |
| <u>Trustee</u> | |

## ORDER GRANTING EXTENSION

Upon consideration of Movant's Motion requesting extension, it is hereby;

ORDERED that the deadline to file the Stipulation be extended to December 2, 2019.

By the court:

Dated:   November 12, 2019

_Magdeline D. Coleman_
_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge