# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Melvin Chappell Jr.<br>Charlene D. Chappell<br>            <u>Debtors</u><br><br>Nationstar Mortgage LLC d/b/a Mr. Cooper<br>            <u>Movant</u><br>      vs.<br><br>Melvin Chappell Jr.<br>Charlene D. Chappell<br>            <u>Debtors</u><br><br>William C. Miller, Esquire<br>            <u>Trustee</u> | CHAPTER 13<br>BK NO: 19-11245 MDC |

## ORDER GRANTING EXTENSION

Upon consideration of Movant's Motion requesting extension, it is hereby;

ORDERED that the deadline to file the Stipulation be extended to January 3, 2020.

Dated: December 4, 2019

By the court:

*Magdeline D. Coleman*
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge