United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-11245-mdc
Melvin Chappell, Jr.                                                    Chapter 13
Charlene D. Grace-Chappell
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Lisa                 Page 1 of 1              Date Rcvd: Dec 04, 2019
                              Form ID: pdf900            Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 06, 2019.
db              Melvin Chappell, Jr.,    5014R Leiper Street,    Philadelphia, PA  19124
db             +Melvin Chappell, Jr.,    5011 Saul Street,    Philadelphia, PA 19124-2635
jdb            +Charlene D. Grace-Chappell,    5011 Saul Street,    Philadelphia, PA 19124-2635
jdb             Charlene D. Grace-Chappell,    5014R Leiper Street,    Philadelphia, PA  19124
cr             +Nationstar Mortgage LLC d/b/a Mr. Cooper,    8950 Cypress Waters Boulevard,
                 Coppell, TX 75019-4620
cr             +Philadelphia Gas Works,    800 W. Montgomery Ave.,    Philadelphia, PA 19122-2898

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: megan.harper@phila.gov Dec 05 2019 03:03:27     CITY OF PHILADELPHIA,
                 Tax & Revenue Unit,    1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    Major Tax Litigation Division,
                 Philadelphia, PA 19102-1613
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 05 2019 03:08:05
                 Capital One Auto Finance, a division of Capital On,   4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 2

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 4, 2019 at the address(es) listed below:
              JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance
               jschwartz@mesterschwartz.com
              KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Mr. Cooper
               bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper pa-bk@logs.com
              MEGAN N. HARPER    on behalf of Creditor    CITY OF PHILADELPHIA megan.harper@phila.gov,
               karena.blaylock@phila.gov
              PEARL   PHAM    on behalf of Creditor    Philadelphia Gas Works pearl.pham@pgworks.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Mr. Cooper
               bkgroup@kmllawgroup.com
              ROGER V. ASHODIAN    on behalf of Joint Debtor Charlene D. Grace-Chappell ecf@schollashodian.com
              ROGER V. ASHODIAN    on behalf of Debtor Melvin  Chappell, Jr. ecf@schollashodian.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 10

**UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Melvin Chappell Jr.<br>Charlene D. Chappell<br><u>Debtors</u><br><br>Nationstar Mortgage LLC d/b/a Mr. Cooper<br><u>Movant</u><br>vs.<br><br>Melvin Chappell Jr.<br>Charlene D. Chappell<br><u>Debtors</u><br><br>William C. Miller, Esquire<br><u>Trustee</u> | CHAPTER 13<br>BK NO: 19-11245 MDC |

**ORDER GRANTING EXTENSION**

Upon consideration of Movant's Motion requesting extension, it is hereby;

ORDERED that the deadline to file the Stipulation be extended to January 3, 2020.

By the court:

Dated:  December 4, 2019

*Magdeline D. Coleman*
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge