IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: MELVIN CHAPPELL, JR.<br>CHARLENE D. GRACE-CHAPPELL<br>**Debtor** | |
| | CHAPTER 13 |
| AMERICAN CREDIT ACCEPTANCE<br>**Moving Party** | Case No.: 19-11245 (MDC) |
| | Hearing Date: 2-18-20 at 10:30 AM |
| v. | |
| | 11 U.S.C. 362 |
| MELVIN CHAPPELL, JR.<br>CHARLENE D. GRACE-CHAPPELL<br>**Respondent** | |
| WILLIAM C. MILLER<br>**Trustee** | |

## ORDER VACATING THE AUTOMATIC STAY
## AS TO PERSONAL PROPERTY

Upon the motion of American Credit Acceptance, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's rights in the personal property described as a **2013 Audi A4** bearing vehicle identification number WAUFFAFL7DN005377 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Date: 2/18/2020

_Magdeline D. Coleman_
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge