**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Melvin Chappell, Jr. and Charlene D. | : | |
| Grace-Chappell, | : | |
| Debtors. | : | Bankruptcy No.   19-11245-MDC |

# <u>O R D E R</u>

   **AND NOW**, on January 21, 2020, American Credit Acceptance ("ACA") filed the *Motion for Relief from the Automatic Stay* (the "Motion for Relief").[1]

   **AND**, contemporaneous with the Motion for Relief, ACA filed the *Notice of Motion, Response Deadline, and Hearing Date* (the "Notice")[2] providing that the deadline to object to the Motion for Relief was February 5, 2020, with a hearing on the Motion for Relief scheduled for February 18, 2020.

   **AND**, on February 18, 2020, the Debtors filed the *Debtors' Response to Motion of American Credit Acceptance for Relief from the Automatic Stay* (the "Response")[3], seeking denial of the Motion for Relief.

   **AND**, on February 18, 2020, the Court held a hearing on the Motion for Relief and advised that the Response would be stricken as untimely.

   It is hereby **ORDERED** that the Clerk shall **STRIKE** the Response from the public docket and, to the extent technologically possible, eliminate all public access thereto.

Dated:   February 24, 2020

*Magdeline D. C*

MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

---

[1] Bankr. Docket No. 90.

2 Bankr. Docket No. 91.

3 Bankr. Docket No. 98.