United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-11245-mdc
Melvin Chappell, Jr.                                                    Chapter 13
Charlene D. Grace-Chappell
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia              Page 1 of 1              Date Rcvd: Feb 25, 2020
                              Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2020.
db/jdb         +Melvin Chappell, Jr.,   Charlene D. Grace-Chappell,   5011 Saul Street,
                Philadelphia, PA 19124-2635

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2020 at the address(es) listed below:
          JASON BRETT SCHWARTZ    on behalf of Creditor   Capital One Auto Finance
           jschwartz@mesterschwartz.com
          KEVIN G. MCDONALD    on behalf of Creditor   Nationstar Mortgage LLC D/B/A Mr. Cooper
           bkgroup@kmllawgroup.com
          KEVIN S. FRANKEL    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper pa-bk@logs.com
          KRISTEN D. LITTLE    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com
          MEGAN N. HARPER    on behalf of Creditor   CITY OF PHILADELPHIA megan.harper@phila.gov,
           karena.blaylock@phila.gov
          PEARL PHAM    on behalf of Creditor   Philadelphia Gas Works pearl.pham@pgworks.com
          REBECCA ANN SOLARZ    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
           bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor   Nationstar Mortgage LLC D/B/A Mr. Cooper
           bkgroup@kmllawgroup.com
          ROGER V. ASHODIAN    on behalf of Debtor Melvin  Chappell, Jr. ecf@schollashodian.com
          ROGER V. ASHODIAN    on behalf of Joint Debtor Charlene D. Grace-Chappell ecf@schollashodian.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
          WILLIAM EDWARD CRAIG    on behalf of Creditor   American Credit Acceptance ecfmail@mortoncraig.com,
           mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                               TOTAL: 13

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :        Chapter 13
Melvin Chappell, Jr. and Charlene D.                :
Grace-Chappell,                                     :
                                                    :
            Debtors.                                :        Bankruptcy No.   19-11245-MDC

# **O R D E R**

AND NOW, on January 21, 2020, American Credit Acceptance ("ACA") filed the *Motion for Relief from the Automatic Stay* (the "Motion for Relief").[1]

AND, contemporaneous with the Motion for Relief, ACA filed the *Notice of Motion, Response Deadline, and Hearing Date* (the "Notice")[2] providing that the deadline to object to the Motion for Relief was February 5, 2020, with a hearing on the Motion for Relief scheduled for February 18, 2020.

AND, on February 18, 2020, the Debtors filed the *Debtors' Response to Motion of American Credit Acceptance for Relief from the Automatic Stay* (the "Response")[3], seeking denial of the Motion for Relief.

AND, on February 18, 2020, the Court held a hearing on the Motion for Relief and advised that the Response would be striken as untimely.

It is hereby **ORDERED** that the Clerk shall **STRIKE** the Response from the public docket and, to the extent technologically possible, eliminate all public access thereto.

Dated:   February 24, 2020

                                                                *Magdeline D. C*
                                                                MAGDELINE D. COLEMAN
                                                                CHIEF U.S. BANKRUPTCY JUDGE

---

[1] Bankr. Docket No. 90.

[2] Bankr. Docket No. 91.

[3] Bankr. Docket No. 98.