**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Melvin Chappell, Jr. and | : | |
| Charlene D. Grace-Chappell, | | |
| | : | Bankruptcy No. 19-11245-MDC |
| Debtors. | : | |

# O R D E R

**AND NOW**, the Debtors having reported to the Court on December 10, 2019 (the "Hearing") that the *Motion to Enforce Agreement to Compromise Balance Due Per "Offer to Resolve Your Account" dated February 5, 2019, and Acceptance of Offer, or in the Alternative to Determine the Value of Security Pursuant to 11 U.S.C. §506(a) and Bankruptcy Rule 3012, and Objection to Proof of Claim No. 6* ("Motion")[1] filed by Capital One Bank (USA), N.A. was settled.

**AND**, the Court having advised at the Hearing, the parties were required to file the necessary Stipulation within thirty (30) days after notifying the Court that a settlement has been reached.

**AND**, the parties having failed to file timely an appropriate Stipulation within thirty (30) days after the Hearing.

It is hereby **ORDERED** that the parties shall file an appropriate Stipulation on or before **March 16, 2020**, or the Motion will be denied without further notice.

Date: February 28, 2020

MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

---

[1] Bankr. Docket No. 65.

Roger V. Ashodian, Esquire
Regional Bankruptcy Center of SE PA
101 West Chester Pike, Suite 1A
Havertown, PA 19083

Jason B. Schwartz, Esquire
Mester & Schwartz, P.C.
1333 Race Street
Philadelphia, PA 19107

William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106-2912