United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 19-11245-mdc
Melvin Chappell, Jr.                                            Chapter 13
Charlene D. Grace-Chappell
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Randi              Page 1 of 1              Date Rcvd: Feb 28, 2020
                              Form ID: pdf900          Total Noticed: 4
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2020.
```
db              Melvin Chappell, Jr.,    5014R Leiper Street,    Philadelphia, PA  19124
db             +Melvin Chappell, Jr.,    5011 Saul Street,    Philadelphia, PA 19124-2635
jdb            +Charlene D. Grace-Chappell,    5011 Saul Street,    Philadelphia, PA 19124-2635
jdb             Charlene D. Grace-Chappell,    5014R Leiper Street,    Philadelphia, PA  19124
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2020 at the address(es) listed below:
```
              JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance
               jschwartz@mesterschwartz.com
              KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Mr. Cooper
               bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper pa-bk@logs.com
              KRISTEN D. LITTLE    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com
              MEGAN N. HARPER    on behalf of Creditor    CITY OF PHILADELPHIA megan.harper@phila.gov,
               karena.blaylock@phila.gov
              PEARL  PHAM    on behalf of Creditor    Philadelphia Gas Works pearl.pham@pgworks.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Mr. Cooper
               bkgroup@kmllawgroup.com
              ROGER V. ASHODIAN    on behalf of Debtor Melvin  Chappell, Jr. ecf@schollashodian.com
              ROGER V. ASHODIAN    on behalf of Joint Debtor Charlene D. Grace-Chappell ecf@schollashodian.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    American Credit Acceptance ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                               TOTAL: 13
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Melvin Chappell, Jr. and | : | |
| Charlene D. Grace-Chappell, | : | |
| | : | Bankruptcy No. 19-11245-MDC |
| Debtors. | : | |

# O R D E R

**AND NOW**, the Debtors having reported to the Court on December 10, 2019 (the "Hearing") that the *Motion to Enforce Agreement to Compromise Balance Due Per "Offer to Resolve Your Account" dated February 5, 2019, and Acceptance of Offer, or in the Alternative to Determine the Value of Security Pursuant to 11 U.S.C. §506(a) and Bankruptcy Rule 3012, and Objection to Proof of Claim No. 6* ("Motion")[1] filed by Capital One Bank (USA), N.A. was settled.

**AND**, the Court having advised at the Hearing, the parties were required to file the necessary Stipulation within thirty (30) days after notifying the Court that a settlement has been reached.

**AND**, the parties having failed to file timely an appropriate Stipulation within thirty (30) days after the Hearing.

It is hereby **ORDERED** that the parties shall file an appropriate Stipulation on or before **March 16, 2020**, or the Motion will be denied without further notice.

Date: February 28, 2020

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

---

[1] Bankr. Docket No. 65.

Roger V. Ashodian, Esquire
Regional Bankruptcy Center of SE PA
101 West Chester Pike, Suite 1A
Havertown, PA 19083

Jason B. Schwartz, Esquire
Mester & Schwartz, P.C.
1333 Race Street
Philadelphia, PA 19107

William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106-2912