*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Melvin Chappell, Jr. and
Charlene D. Grace−Chappell
    Debtor(s)

Case No: 19−11245−mdc

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

\*\*RESCHEDULED\*\*
Objection to Claim Number 13 by Claimant City of Philadelphia Water Revenue Bureau. <i></i> Filed by Melvin Chappell Jr., Charlene D. Grace−Chappell.

on: 5/29/20

at: 10:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 3/18/20

Timothy B. McGrath
Clerk of Court

108 − 93
Form 167