### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In Re: Melvin Chappell, Jr. and
Charlene D. Grace–Chappell

         Debtor(s)

Case No: 19−11245−mdc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

**rescheduled **
Motion for Relief from Stay <i>re: 5011 Saul Street & 5014 R. Leiper Street, Philadelphia, PA 19124</i>. Filed by Nationstar Mortgage LLC D/B/A Mr. Cooper Represented by Rebecca A. Solarz, Esq

on: 5/29/20

at: 02:00 PM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  3/18/20

Timothy B. McGrath
Clerk of Court