# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re:**

| | | |
|---|---|---|
| **MELVIN CHAPPELL, JR., and** | : | **CHAPTER 13** |
| **CHARLENE D. GRACE-CHAPPELL,** | : | |
| | : | |
| Debtors. | : | **BANKRUPTCY NO. 19-11245-mdc** |

## ORDER

AND NOW, this 9th day of April, 2020 upon consideration of the Debtors' Application for a further extension of time to file an appropriate Stipulation reflecting the settlement between the Debtors and Capital One Bank (USA), N.A. with respect to Debtors' Motion to Enforce Agreement to Compromise Balance Due Per "Offer to Resolve Your Account" dated February 5, 2019, and Acceptance of Offer, or in the Alternative to Determine the Value of Security Pursuant to 11 U.S.C. §506(a) and Bankruptcy Rule 3012, and Objection to Proof of Claim No. 6, it is hereby **ORDERED** that a further extension is granted until May 4, 2020, to file an appropriate Stipulation between the Debtors and Capital One Bank, N.A.

BY THE COURT:

_____
HONORABLE MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE