*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Melvin Chappell, Jr. and
Charlene D. Grace−Chappell
       Debtor(s)

Case No: 19−11245−mdc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

RE−scheduked Objection to Claim Number 13 by Claimant City of Philadelphia Water Revenue Bureau. Filed by Melvin Chappell Jr., Charlene D. Grace−Chappell.

on: 8/28/20

at: 10:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  5/14/20

Timothy B. McGrath
Clerk of Court

122 − 108
Form 167