United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-11245-mdc
Melvin Chappell, Jr.                                                    Chapter 13
Charlene D. Grace-Chappell
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Eileen              Page 1 of 1              Date Rcvd: Aug 25, 2020
                              Form ID: 167              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 27, 2020.
db/jdb         Melvin Chappell, Jr.,   Charlene D. Grace-Chappell,   5014R Leiper Street,
                 Philadelphia, PA   19124

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2020                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 25, 2020 at the address(es) listed below:
              JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance
               jschwartz@mesterschwartz.com
              KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Mr. Cooper
               bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper pa-bk@logs.com
              KRISTEN D. LITTLE    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               pabk@logs.com,   klittle@logs.com
              MEGAN N. HARPER    on behalf of Creditor    CITY OF PHILADELPHIA megan.harper@phila.gov,
               karena.blaylock@phila.gov
              PEARL  PHAM    on behalf of Creditor    Philadelphia Gas Works pearl.pham@pgworks.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Mr. Cooper
               bkgroup@kmllawgroup.com
              ROGER V. ASHODIAN    on behalf of Debtor Melvin  Chappell, Jr. ecf@schollashodian.com
              ROGER V. ASHODIAN    on behalf of Joint Debtor Charlene D. Grace-Chappell ecf@schollashodian.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    American Credit Acceptance ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                TOTAL: 13

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Melvin Chappell, Jr. and
Charlene D. Grace−Chappell
        Debtor(s)                       Case No: 19−11245−mdc
                                                    Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

RE−LISTED MOTION FOR RELIEF FROM STAY RE: 5011 SAUL STREET & 5014 R. LEIPER STREET, PHILA, PA FILED BY NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER REPRESENTED BY Rebecca A. Solarz, Esq

    on: 10/16/20

    at: 10:30 AM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

Date: 8/25/20

For The Court

Timothy B. McGrath
Clerk of Court

139 − 43
Form 167