UNITED STATES BANKRUPTCY COURT
Eastern District of Pennsylvania

Revised

## CHANGE OF ADDRESS – **CREDITOR**

If completed by an attorney, this form must be filed electronically in CM/ECF.
This form cannot be used to change the name of a creditor.

In re:  Melvin Chappell, Jr.                    Case Number:  19-11245

Charlene D. Grace-Chappell                Chapter:  13

Check which type of address change is being requested:

☐ Notice only            ☐ Payment only            ☒ Notice & Payment

Creditor's Name: Purchasing Power, LLC

Enter related claim number(s) if any: 11            Dollar Amount: $886.77

Previous Address:
Bankruptcy Department
1349 West Peachtree Street NW
Suite 1100
Atlanta, GA 30309

New Address:
Bankruptcy Department
2727 Paces Ferry, Road SE
Building 2, Suite 1200
Atlanta, GA 30339

AUG 3 1 2020

Change requested by: Seprina-Renee Thomas
(Printed name and title)  Bankruptcy Paralegal

Mailing Address    Purchasing Power, LLC
Bankruptcy Department
2727 Paces Ferry Road, SE
Building 2, Suite 1200
Atlanta, GA 30339

Creditor Phone Number:    404-602-1489

Creditor Email Address:    bankruptcy@purchasingpower.com

Signature and Date    *[signature]* 8/26/20

Under penalty of perjury, I declare that the information I have provided in this form is true and correct and I am authorized to execute this form on behalf of the creditor.

This notice is provided pursuant to 11 USC § 342 (e)(1), and the address provided above supersedes any previous address provided for this creditor in this case.

Revised 1/24/19