*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Melvin Chappell, Jr. and
Charlene D. Grace−Chappell
    Debtor(s)

Case No: 19−11245−mdc

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Trial rescheduled Motion for Relief from Stay re: 5011 Saul Street & 5014 R. Leiper Street, Philadelphia, PA 19124., Filed by Nationstar Mortgage LLC D/B/A Mr. Cooper Represented by KEVIN G. MCDONALD

on: 10/26/20

at: 10:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  9/10/20

Timothy B. McGrath
Clerk of Court

146 − 43, 139
Form 167