*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Melvin Chappell, Jr. and
Charlene D. Grace–Chappell
        Debtor(s)

Case No: 19–11245–mdc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

\*\*RESCHEDULED \*\*
Objection to Claim Number 12 by Claimant City of Philadelphia Water Revenue Bureau

on: 10/26/20

at: 10:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 9/10/20

Timothy B. McGrath
Clerk of Court

147 – 107
Form 167