*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Melvin Chappell, Jr. and
Charlene D. Grace−Chappell
        Debtor(s)

Case No: 19−11245−mdc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

\*\*RE−SCHEDULED \*
Objection to Claim Number 13 by Claimant City of Philadelphia Water Revenue Bureau

    on: 10/26/20

    at: 10:30 AM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 9/10/20

Timothy B. McGrath
Clerk of Court