United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-11245-mdc
Melvin Chappell, Jr.                                                    Chapter 13
Charlene D. Grace-Chappell
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Eileen              Page 1 of 1              Date Rcvd: Sep 10, 2020
                              Form ID: 167              Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 12, 2020.
db         +Melvin Chappell, Jr.,    5011 Saul Street,    Philadelphia, PA 19124-2635
db          Melvin Chappell, Jr.,    5014R Leiper Street,    Philadelphia, PA  19124
jdb        +Charlene D. Grace-Chappell,    5011 Saul Street,    Philadelphia, PA 19124-2635
jdb         Charlene D. Grace-Chappell,    5014R Leiper Street,    Philadelphia, PA  19124
cr         +American Credit Acceptance,    c/o Morton & Craig LLC,    110 Marter Avenue, Suite 301,
             Moorestown, NJ 08057-3124
cr         +Nationstar Mortgage LLC d/b/a Mr. Cooper,    8950 Cypress Waters Boulevard,
             Coppell, TX 75019-4620
cr         +Philadelphia Gas Works,    800 W. Montgomery Ave.,    Philadelphia, PA 19122-2898

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          E-mail/Text: megan.harper@phila.gov Sep 11 2020 04:58:22     CITY OF PHILADELPHIA,
             Tax & Revenue Unit,    1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    Major Tax Litigation Division,
             Philadelphia, PA  19102-1595
cr         +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 11 2020 05:07:54
             Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
             Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 2

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2020                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 10, 2020 at the address(es) listed below:
              JASON BRETT SCHWARTZ    on behalf of Creditor   Capital One Auto Finance
               jschwartz@mesterschwartz.com
              KEVIN G. MCDONALD    on behalf of Creditor   Nationstar Mortgage LLC D/B/A Mr. Cooper
               bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper pa-bk@logs.com
              KRISTEN D. LITTLE    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
               pabk@logs.com, klittle@logs.com
              MEGAN N. HARPER    on behalf of Creditor   CITY OF PHILADELPHIA megan.harper@phila.gov,
               karena.blaylock@phila.gov
              PEARL PHAM    on behalf of Creditor   Philadelphia Gas Works pearl.pham@pgworks.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Nationstar Mortgage LLC D/B/A Mr. Cooper
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              ROGER V. ASHODIAN    on behalf of Joint Debtor Charlene D. Grace-Chappell ecf@schollashodian.com
              ROGER V. ASHODIAN    on behalf of Debtor Melvin  Chappell, Jr. ecf@schollashodian.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor   American Credit Acceptance ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 13

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Melvin Chappell, Jr. and
Charlene D. Grace−Chappell
  Debtor(s)

Case No: 19−11245−mdc

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

**RESCHEDULED **
Objection to Claim Number 12 by Claimant City of Philadelphia Water Revenue Bureau

on: 10/26/20

at: 10:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  9/10/20

Timothy B. McGrath
Clerk of Court

147 − 107
Form 167