## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Melvin Chappell, Jr. and | : | |
| Charlene D. Grace-Chappell, | | |
| | : | Bankruptcy No.  19-11245-MDC |
| Debtors. | : | |

## SECOND ORDER GOVERNING PROCEDURES AT EVIDENTIARY HEARING CONDUCTED REMOTELY BY VIDEOCONFERENCE

**AND NOW WHEREAS**, on August 17, 2020, the Court issued an Order Governing Procedures at Evidentiary Hearing Conducted Remotely by Video Conference ("Initial Procedures Order")[1] in connection with the August 25, 2020 hearing (the "August Hearing") on *Debtor's Objection to Proof of Claim No. 13 filed by The City of Philadelphia Water Revenue Bureau;*[2] *Debtor's Objection to Proof of Claim No. 12 filed by The City of Philadelphia Water Revenue Bureau;*[3] *and Motion for Relief of Automatic Stay of Nationstar Mortgage LLC d/b/a Mr. Cooper.*[4]

**AND**, the court having **RE-SCHEDULED** a final hearing (the "Final Hearing") on the Claim Objections to **October 26, 2020, at 10:30 a.m.**

It is therefore **ORDERED** that the parties shall (1) remain obligated to comply with all of procedures and deadlines set forth in the Initial Procedures Order, and (2) comply with the

---

[1] Bankr. Docket No. 137.

[2] Bankr. Docket No. 63.

[3] Bankr. Docket No. 61.

[4] Bankr. Docket No. 43.

following additional procedures set forth below in connection with the Final Hearing:

1.      All participants must appear on camera during the entire hearing, whether or not they are speaking, unless the Court directs otherwise.  No participant shall be permitted to attend or participate in a hearing being conducted on Zoom by telephone only without prior Court approval, which shall be requested by such participant or their counsel no later than 24 hours prior to the scheduled start of the hearing.

2.      All participants shall make their best efforts to ensure that they are attending the Zoom hearing from a location which affords stable, reliable Internet access with sufficient connection speed to permit them to attend and participate in the hearing without interruption. Each party or their counsel shall communicate this requirement to any witnesses to be called on such party's behalf and shall coordinate with such witnesses to identify a suitable location from which to attend the hearing.

Dated:  September 28, 2020

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

Roger V. Ashodian, Esquire
Regional Bankruptcy Center of SE PA
101 West Chester Pike, Suite 1A
Havertown, PA 19083

Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106-2912