## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Melvin Chappell Jr.
Charlene D. Chappell
Debtor(s)

Nationstar Mortgage LLC d/b/a Mr. Cooper
Movant
vs.

Melvin Chappell Jr.
Charlene D. Chappell
Debtor(s)

and William C. Miller Esq.
Trustee

Chapter 13

NO. 19-11245 MDC

## **ORDER**

AND NOW, this 23rd day of December 2020 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Nationstar Mortgage LLC d/b/a Mr. Cooper and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 5011 Saul Street & 5014 R. Leiper Street Philadelphia, PA 19124.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_Magdeline D. Coleman_
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

cc: See attached service list

Melvin Chappell Jr.
5011 Saul Street
Philadelphia, PA 19124

Melvin Chappell Jr.
5014R Leiper Street
Philadelphia, PA 19124

Charlene D. Chappell
5011 Saul Street
Philadelphia, PA 19124

Charlene D. Chappell
5014R Leiper Street
Philadelphia, PA 19124

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

Roger V. Ashodian Esq.
Regional Bankruptcy Center of SE PA (VIA ECF)
101 West Chester Pike, Ste. 1A
Havertown, PA 19083

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532