Form G-15

UNITED STATES BANKRUPTCY COURT
Eastern District of Pennsylvania (Philadelphia)
CHANGE OF ADDRESS – **CREDITOR**

If completed by an attorney, this form must be filed electronically in CM/ECF.
This form cannot be used to change the name of a creditor.

In re: Melvin Chappell, Jr.    Case Number: 19-11245
Charlene D. Grace-Chappell    Chapter: 13

Check which type of address change is being requested:

☐ Notice only    ☐ Payment only    ☑ Notice & Payment

Creditor's Name: Purchasing Power, LLC

Enter related claim number(s) if any: 11-1    Dollar Amount: $886.77

**Previous Notice Address:**
Bankruptcy Department
1349 West Peachtree Street NW
Suite 1100
Atlanta, GA 30309

**New Notice Address:**
Bankruptcy Department
2727 Paces Ferry Road, SE
Building 2, Suite 1200
Atlanta, GA 30339

**Previous Payment Address:**
Bankruptcy Department
2727 Paces Ferry Road, SE
Building 2, Suite 1200
Atlanta, GA 30339

**New Payment Address:**
Purchasing Power LLC
Bankruptcy Department
P.O. Box 745857
Atlanta, GA 30374-5857

Change requested by: Seprina-Renee Thomas, Bankruptcy Paralegal
(Printed name and title)

Mailing Address    Purchasing Power, LLC
Bankruptcy Department
2727 Paces Ferry Road, SE
Building 2, Suite 1200
Atlanta, GA 30339

APR 12 2021

Creditor Phone Number: 404-602-1489

Creditor Email Address: bankruptcy@purchasingpower.com

Signature and Date _Seprina Ann Thomas_    4/5/21

Under penalty of perjury, I declare that the information I have provided in this form is true and correct and I am authorized to execute this form on behalf of the creditor.

This notice is provided pursuant to 11 USC § 342 (e)(1), and the address provided above supersedes any previous address provided for this creditor in this case.

rised 1/24/19