IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re:**

| | | |
|---|---|---|
| **MELVIN CHAPPELL, JR., and** | **:** | **CHAPTER 13** |
| **CHARLENE D. GRACE-CHAPPELL,** | **:** | |
| | **:** | |
| Debtors. | **:** | BANKRUPTCY NO. 19-11245-mdc |

## CORRECTED CERTIFICATION OF SERVICE

I, Roger V. Ashodian, attorney for the Debtors in the above-captioned matter, hereby certify that on July 18, 2021, a copy of the Debtors' Amended Chapter 13 Plan was served on the following parties by Court-generated ECF Notice, and/or I served copies by e-mail or first class mail, postage prepaid, as indicated below, to the following addresses:

William C. Miller, Esquire                (ECF Notice and e-mail to LeeAne Huggins)
Chapter 13 Standing Trustee
Attention:  LeeAne Huggins, Esquire
1234 Market Street – Suite 1813
P.O. Box 1229
Philadelphia, PA  19105

Frederic J. Baker, Esquire                (ECF Notice)
Sr. Assistant United States Trustee
U.S. Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA  19107

American Credit Acceptance, LLC          (ECF Notice)
c/o William E. Craig, Esquire
Morton & Craig LLC
110 Marter Avenue, Suite 301
Moorestown, NJ  08057

(continued on next page)

(Service List continued)

| | |
|---|---|
| CornerStone Education Loan Services/<br>Department of Education<br>Attention: Cindy Oman, Account Services Manager<br>PO Box 145123<br>Salt Lake City, UT  84114-5123 | (First Class Mail) |
| Philadelphia Gas Works<br>Attention: Pearl Pham, Esquire<br>c/o Pearl Pham, Esquire<br>Senior Attorney, Legal Department<br>800 Montgomery Avenue, 4th Floor<br>Philadelphia, PA  19122 | (ECF Notice) |
| Capital One Bank (USA), N.A.<br>c/o AIS Portfolio Services, LP,<br>a/k/a American InfoSource, as agent<br>Attention: Ashley Boswell, Paralegal<br>4515 North Santa Fe Avenue, Dep't APS<br>Oklahoma City, OK  73118 | (E-mail to POC_AIS@americaninfosource.com) |
| Nationstar Mortgage LLC, d/b/a mr. cooper<br>c/o Rebecca A. Solarz, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA  19106-1532 | (ECF Notice) |
| Capital One Auto Finance, a division<br>of Capital One Bank, N.A.<br>c/o Jason Brett Schwartz, Esquire<br>Mester & Schwartz, PC<br>1333 Race Street<br>Philadelphia, PA  19107 | (ECF Notice and E-mail) |
| Portfolio Recovery Associates, LLC<br>PRA Receivables Management, LLC<br>Attention: James Parker, Bankruptcy Representative<br>PO BOX 41067<br>Norfolk, VA  23541 | (E-mail to Bankruptcy_Info@portfoliorecovery.com) |

(continued on next page)

Service List (continued):

| | |
|---|---|
| Midland Funding, LLC<br>c/o Midland Credit Management, Inc.<br>Attention: Christina F. Barnes, Bankruptcy Specialist<br>P.O. Box 2011<br>Warren, MI 48090 | (E-mail to mbx_ilms_bankruptcy@mcmcg.com) |
| LVNV Funding, LLC<br>c/o Resurgent Capital Services<br>Attention: DeAnna J. Gambrell, Claims Processor<br>PO Box 10587<br>Greenville, SC 29603-0587 | (E-mail to askbk@resurgent.com) |
| Purchasing Power, LLC<br>Bankruptcy Department<br>Attention: Zandria D. Johnson, Bankruptcy Analyst<br>1349 W. Peachtree Street, NW, Suite 1100<br>Atlanta, GA 30309 | (E-mail to bankruptcy@purchasingpower.com) |
| City of Philadelphia Water Revenue Bureau<br>c/o Megan N. Harper, Esquire<br>Deputy City Solicitor<br>City of Philadelphia Law Department<br>Municipal Services Building<br>1401 JFK Boulevard, 5th Floor<br>Philadelphia, PA 19102-1595 | (ECF Notice) |
| Melvin Chappell, Jr., and<br>Charlene D. Grace-Chappell<br>5011 Saul Street<br>Philadelphia, PA 19124 | (E-mail) |

REGIONAL BANKRUPTCY CENTER OF
SOUTHEASTERN PA, P.C., by:

_____
Roger V. Ashodian
Attorney ID #42586
101 West Chester Pike, Suite 1A
Havertown, PA 19083
(610) 446-6800

Attorney for Debtors