# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| **MELVIN CHAPPELL, JR., and** | : | **CHAPTER 13** |
| **CHARLENE D. GRACE-CHAPPELL,** | : | |
| | : | |
| Debtors. | : | **BANKRUPTCY NO. 19-11245-mdc** |

## ORDER

AND NOW, upon consideration of the Debtors' Motion for Extension of Time to File Supplemental Memorandum of Law in Support of Debtors' Motion for Reconsideration and Relief from Order Overruling Debtors' Objections to City of Philadelphia Claims Nos. 12 and 13 Entered on June 10, 2021, and any response thereto, it is hereby **ORDERED** that an extension is granted until **August 16, 2021**, for the Debtors to file their Supplemental Memorandum of Law.

BY THE COURT:

Date: August 13, 2021

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE