# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------x
In re:                                          :
                                                :      Chapter 13
MELVIN CHAPPELL, JR., and,                      :
CHARLENE D. GRACE-CHAPPELL,                     :      Bankruptcy No. 19-11245 (MDC)
                                                :
                  Debtors.                      :
---------------------------------------------------------x

## PRAECIPE TO WITHDRAW OBJECTION

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the City of Philadelphia's to Objection to the Proposed Chapter 13 Plan [D.I. 56] which was filed on September 12, 2019.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: January 14, 2022        By:    */s/ Megan N. Harper*
                                      MEGAN N. HARPER
                                      Senior Attorney
                                      PA Attorney I.D. 81669
                                      Attorney for the City of Philadelphia
                                      City of Philadelphia Law Department
                                      Municipal Services Building
                                      1401 JFK Boulevard, 5th Floor
                                      Philadelphia, PA  19102-1595
                                      215-686-0503 (phone)
                                      Email: Megan.Harper@phila.gov