# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE Eastern DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Melvin Chappell Jr.<br>Melvin Chappell Jr.<br>Charlene D. Chappell<br>Charlene D. Chappell<br>            Debtor(s) | CHAPTER 13 |
| Nationstar Mortgage LLC d/b/a Mr. Cooper, its successors and/or assigns<br>            Movant<br>        vs.<br>Melvin Chappell Jr.<br>Melvin Chappell Jr.<br>Charlene D. Chappell<br>Charlene D. Chappell<br>            Debtor(s)<br><br>Kenneth E. West Esq.<br>            Trustee | NO. 19-11245 MDC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Nationstar Mortgage LLC d/b/a Mr. Cooper, which was filed with the Court on or about **August 10, 2021, docket number 202**.

Respectfully submitted,

/s/ Rebecca A. Solarz, Esq.
_____

Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215)-627-1322

Dated: February 1, 2022