IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------x
In re:                                                                :     In Chapter 13
                                                                          :
    MELVIN CHAPPELL JR., AND            :     Bankruptcy No. 19-11245
    CHARLENE GRACE-CHAPPELL        :
                                                                          :
                   Debtors.                           :
                                                                          :
                                                                          :
------------------------------------------------------x

## PRAECIPE TO WITHDRAW OBJECTION

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw Philadelphia Gas Works' Objection to the Debtors' Second Amended Chapter 13, which was filed on July 21, 2021.

                                                  Respectfully submitted,

                                                  PHILADELPHIA GAS WORKS

Dated: February 16, 2022               By: */s/ Pearl Pham*
                                                  PEARL PHAM
                                                  PA Attorney I.D. 90644
                                                  Attorney for Philadelphia Gas Works
                                                  800 W. Montgomery Avenue
                                                  Philadelphia, PA 19122
                                                  215-684-6227 (phone)
                                                  Email: pearl.pham@pgworks.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| In re:<br><br>MELVIN CHAPPELL JR., AND<br>CHARLENE GRACE-CHAPPELL<br><br>Debtor. | In Chapter 13<br><br>Bankruptcy No. 19-11245 |

## CERTIFICATION OF SERVICE

I, Pearl Pham, attorney for Philadelphia Gas Works, hereby certify that a true and correct copy of the foregoing Philadelphia Gas Works' Praecipe to Withdraw Objection was served by the means designated below on the date set forth below, upon all parties including the following:

**VIA ECF**

Roger V. Ashodian, Esq.
Regional Bankruptcy Center of SE PA
101 West Chester Pike, Ste 1A
Havertown, PA 19083
(610) 446-6800

*Trustee*
Kenneth E. West, Esq.
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

*U.S. Trustee*
United States Trustee
Office of the U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106
(215) 597-4411

Dated: February 16, 2022        /s/ Pearl Pham
                                Attorney for Philadelphia Gas Works
                                800 W. Montgomery Avenue
                                Philadelphia, PA 19122
                                (215) 684-6227
                                pearl.pham@pgworks.com