United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-11245-mdc |
| Melvin Chappell, Jr. | Chapter 13 |
| Charlene D. Grace-Chappell | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: May 12, 2022 | Form ID: 155 | Total Noticed: 46 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Melvin Chappell, Jr., 5011 Saul Street, Philadelphia, PA 19124-2635 |
| db | | Melvin Chappell, Jr., 5014R Leiper Street, Philadelphia, PA 19124 |
| jdb | | Charlene D. Grace-Chappell, 5014R Leiper Street, Philadelphia, PA 19124 |
| jdb | + | Charlene D. Grace-Chappell, 5011 Saul Street, Philadelphia, PA 19124-2635 |
| 14285185 | | Acceptance Now, 8812 Frankford Avenue, Philadelphia, PA 19136 |
| 14285188 | + | Albert Einstein Dental, 5501 Old York Rd., Philadelphia, PA 19141-3091 |
| 14451337 | + | American Credit Acceptance, c/o Morton & Craig LLC, 110 Marter Avenue, Suite 301, Moorestown, NJ 08057-3124 |
| 14291127 | | CornerStone Education Loan Services/Dept of ED, PO Box 145123, Salt Lake City, UT 84114-5123 |
| 14285195 | | Cornerstone Educational Loan services, PO Box 145123, Salt Lake City, UT 84114-5123 |
| 14285197 | + | Department of Education, Direct Loan Servicing Center, PO BOX 5609, Greenville, TX 75403-5609 |
| 14285198 | + | Empire Credit Recovery Services, 26 Railroad Ave #117, care@empirecreditrecovery.com, vanessa01033@outlook.com, Babylon, NY 11702-2204 |
| 14285199 | + | Highline Automotive, Inc., 2727 Philmont Ave, Suite 245, Huntingdon Valley, PA 19006-5312 |
| 14285201 | + | KML Law Group, P.C., Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14284771 | + | Nationstar Mortgage LLC, dba Mr. Cooper, c/o Kevin S. Frankel, Esquire, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150 King of Prussia, PA 19406-4702 |
| 14285203 | + | PECO - Bankruptcy Unit, 2301 Market Street, S4-1, Philadelphia, PA 19103-1338 |
| 14285205 | + | PGW, Attn: Bky. Dept. 3F, 800 Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14285204 | + | PGW, P.O. Box 11700, Newark, NJ 07101-4700 |
| 14285206 | | Progress Physical Therapy, LLC, PO Box 95000-7270, Philadelphia, PA 19195-7270 |
| 14598674 | | Purchasing Power LLC, Bky Dept., PO Box 745857, Atlanta, GA 30374-5857 |
| 14285208 | ++ | UHEAA, PO BOX 145108, SALT LAKE CITY UT 84114-5108 address filed with court:, UHEAA, Utah Hiher Education Assistance Authorit, PO Box 145110, Salt Lake City, UT 84114-5110 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14285184 | + | Email/Text: bankruptcy@rentacenter.com | May 12 2022 23:54:00 | Acceptance Now, 5501 Headquarter Drive, Plano, TX 75024-5837 |
| 14285187 | + | Email/Text: bankruptcy@acimacredit.com | May 12 2022 23:54:00 | Acima, 9815 South Monroe Street, Sandy, UT 84070-4297 |
| 14285186 | + | Email/Text: bankruptcy@acimacredit.com | May 12 2022 23:54:00 | Acima, 9815 South Monroe Street floor 4, Sandy, UT 84070-4384 |
| 14285189 | + | Email/Text: bankruptcy@acacceptance.com | May 12 2022 23:54:00 | American Credit Acceptance, LLC, fka Auto Finance, 961 E. Main St., Spartanburg, SC 29302-2185 |
| 14285190 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 13 2022 00:02:04 | Ascension Capital Group, Attn: Capital One Auto Finance, a, division of Capital One, N.A. Department, P.O. Box 165028, Irving, TX 75016-5028 |
| 14285192 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 12 2022 23:51:27 | Capital One Bank, 15000 Capital One Drive, |

Case 19-11245-mdc   Doc 244   Filed 05/14/22   Entered 05/15/22 00:28:01   Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 12, 2022 | Form ID: 155 | Total Noticed: 46 |

| | | | | |
|---|---|---|---|---|
| | | | | Henrico, VA 23238 |
| 14388676 | | Email/Text: megan.harper@phila.gov | May 12 2022 23:54:00 | CITY OF PHILADELPHIA, Law/Revenue Dept., c/o MEGAN N. HARPER, 1401 JFK Blvd. Room 580, Philadelphia, PA 19102 |
| 14352928 | | Email/Text: megan.harper@phila.gov | May 12 2022 23:54:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14285191 | | Email/PDF: acg.coaf.ebn@aisinfo.com | May 12 2022 23:51:20 | Capital One Auto Finance, PO Box 60511, City of Industry, CA 91716-0511 |
| 14283925 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 12 2022 23:51:27 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, Rejoy Nalkara, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14310321 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 12 2022 23:51:27 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 14285193 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 12 2022 23:51:27 | Capital One Bank (USA) N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14302926 | + | Email/PDF: ebn_ais@aisinfo.com | May 13 2022 00:02:04 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14285194 | + | Email/Text: documentfiling@lciinc.com | May 12 2022 23:54:00 | Comcast, P.O. Box 3001, Southeastern, PA 19398-3001 |
| 14285196 | | Email/PDF: creditonebknotifications@resurgent.com | May 13 2022 00:02:05 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 14285200 | + | Email/Text: bnc-quantum@quantum3group.com | May 12 2022 23:54:00 | JH Porfolio Debt Equities LLC, c/o agent Quantum3 Group LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14320151 | | Email/PDF: resurgentbknotifications@resurgent.com | May 13 2022 00:02:14 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14319005 | + | Email/Text: bankruptcydpt@mcmcg.com | May 12 2022 23:54:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14306018 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 12 2022 23:54:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 14315429 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 13 2022 00:02:12 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14285202 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 12 2022 23:54:00 | Pacific Union Financial LLC, 1603 LBJ Freeway, Suite 500, Dallas, TX 75234-6071 |
| 14323047 | + | Email/Text: bankruptcy@purchasingpower.com | May 12 2022 23:54:00 | Purchasing Power, LLC, Bankruptcy Dept., 2727 Paces Ferry, Rd SE, Bldg. 2, Suite 1200, Atlanta, GA 30339-6143 |
| 14285207 | + | Email/Text: sdietz@swrecovery.com | May 12 2022 23:54:00 | Southwest Recovery Services Inc., 17311 Dallas Pkwy #235, Dallas, TX 75248-1132 |
| 14572664 | | Email/Text: bncnotifications@pheaa.org | May 12 2022 23:54:00 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14285209 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 12 2022 23:54:00 | Verizon, 500 Technology Drive, Weldon Springs, MO 63304-2225 |
| 14285210 | | Email/Text: megan.harper@phila.gov | May 12 2022 23:54:00 | Water Revenue Bureau, 1401 John F. Kennedy Boulevard, Philadelphia, PA 19102-1663 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 12, 2022 | Form ID: 155 | Total Noticed: 46 |

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14322510 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2022        Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JASON BRETT SCHWARTZ | on behalf of Creditor Capital One Auto Finance jschwartz@mesterschwartz.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper bkgroup@kmllawgroup.com |
| KEVIN S. FRANKEL | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pa-bk@logs.com |
| KRISTEN D. LITTLE | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com cistewart@logs.com |
| MEGAN N. HARPER | on behalf of Creditor CITY OF PHILADELPHIA megan.harper@phila.gov Edelyne.Jean-Baptiste@Phila.gov |
| PEARL PHAM | on behalf of Creditor Philadelphia Gas Works pearl.pham@pgworks.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| ROGER V. ASHODIAN | on behalf of Joint Debtor Charlene D. Grace-Chappell ecf@schollashodian.com |
| ROGER V. ASHODIAN | on behalf of Debtor Melvin Chappell Jr. ecf@schollashodian.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor American Credit Acceptance ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 13

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Melvin Chappell, Jr. and Charlene D. Grace−Chappell

    Debtor(s)

Chapter: 13

Bankruptcy No: 19−11245−mdc

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this 12th of May 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Magdeline D. Coleman
Chief Judge ,
United States Bankruptcy Court

241
Form 155