**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PA**

Chapter: 13
Case No: 1911245

In re: MELVIN CHAPPELL JR
CHARLENE D GRACE-CHAPPELL

Account Number: 4949

## WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Portfolio Recovery Associates, LLC by PRA Receivables Management, LLC agent. Pursuant to the Federal Rule of Bankruptcy Procedure 3006, withdraws its proof(s) of claim 7 filed on 04/29/2019 in the amount of $932.08 .

On this date 5/19/2022.

By: /s/ Franklin P. Tharp
Franklin P. Tharp
Bankruptcy Representative
PRA Receivables Management, LLC., as agent of
Portfolio Recovery Associates LLC.
POB 41067
Norfolk, VA 23541
E-mail: Bankruptcy_Info@prareceivables.com