**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PA**

Chapter:    13
Case No:    1911245

In re:    MELVIN CHAPPELL JR
        CHARLENE D GRACE-CHAPPELL

Account Number:  0580

**WITHDRAWAL OF PROOF OF CLAIM**

COMES NOW, Portfolio Recovery Associates, LLC by PRA Receivables Management, LLC agent. Pursuant to the Federal Rule of Bankruptcy Procedure 3006, withdraws its proof(s) of claim 10 filed on 05/09/2019 in the amount of $188.15 .

On this date 5/19/2022.


By:    /s/ Franklin P. Tharp
      Franklin P. Tharp
      Bankruptcy Representative
      PRA Receivables Management, LLC., as agent of
      Portfolio Recovery Associates LLC.
      POB 41067
      Norfolk, VA 23541
      E-mail: Bankruptcy_Info@prareceivables.com