# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 19-11245-MDC

MELVIN CHAPPELL, JR.
CHARLENE D GRACE-CHAPPELL
5011 SAUL STREET

PHILADELPHIA, PA 19124

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    MELVIN CHAPPELL, JR.
    CHARLENE D GRACE-CHAPPELL
    5011 SAUL STREET

    PHILADELPHIA, PA 19124

Counsel for debtor(s), by electronic notice only.

    REGIONAL BANKRUPTCY CENTER OF
    SOUTHEASTERN PA, P.C.
    101 WEST CHESTER PK, SUITE 1A
    HAVERTOWN, PA 19083-

                              /S/ Kenneth E. West

Date: 7/21/2022                         _____

                                      Kenneth E. West, Esquire
                                      Chapter 13 Standing Trustee