*Form 236* (3/23)–doc 271 – 265

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Melvin Chappell Jr. | ) | Case No. 19–11245–mdc |
| | ) | |
| | ) | |
|    Charlene D. Grace–Chappell | ) | Chapter: 7 |
| | ) | |
|   Debtor(s). | ) | |

## Fee Due Notice

Re:  Doc.# [265] Motion to Convert Case to Chapter 7

The above document(s) were filed in this office. Please be advised that the filing fee has not been received as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court.

- ☐ Voluntary Petition
- ☐ Adversary Proceeding
- ☐ Filing Fee for Amendments
- ☐ Claims Transfer Fee
- ☑ Motion Filing Fee
- ☐ Notice of Appeal

Total:   $25.00

E–Filers, please submit the payment(s) as required by the court's standing order Misc. No. 15–3008mdc.

Non–e–filers, submit your Money Order made payable to Clerk, U.S. Bankruptcy Court by mail to:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

If the delinquency is not paid on or before June 7, 2023, this matter will be referred to the Chief Judge.

Date: May 31, 2023                                                                                     For The Court

                                                                                                            Timothy B. McGrath
                                                                                                            Clerk of Court