IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | :Chapter 7 |
|    MELVIN CHAPPELL, JR. | : |
|    CHARLENE D. GRACE-CHAPPEL | : |
| | : |
| | : |
| Debtor | :Bankruptcy No. 19-11245 - MDC |

**STIPULATION TO EXTEND TIME TO FILE TRUSTEE'S COMPLAINT OBJECTING TO DISCHARGE AND TIME TO MOVE FOR DISMISSAL (OR CONVERSION)**

AND NOW, this 29th of August, 2023, it is hereby agreed and stipulated between the Trustee, Robert H. Holber, Esquire, Chapter 7 Trustee, and Counsel, Regional Bankruptcy Center of Southeastern PA, P.C., by Roger V. Ashodian, Esquire, as follows:

1. The current deadline for Trustee to file a Complaint Objecting to Discharge and Time to Move for Dismissal (or Conversion) is September 11, 2023.

2. The parties hereby agree, that the Trustee and the U.S. Trustee shall have until November 10, 2023 to file a Complaint Objecting to Discharge and/or filing a Motion to Dismiss (or Convert) pursuant to 11 U.S.C. Section 707(b). Debtors' attorney certifies that he has specific authority from the Debtors to enter into this Stipulation.

                                              Regional Bankruptcy Center of
                                              Southeastern PA, P.C., by:

_/s/ Robert H. Holber_                          _/s/ Roger V. Ashodian_
Robert H. Holber                                    Roger V. Ashodian
Chapter 7 Trustee                                  Counsel for Debtors

ORDER

AND NOW, this _____ day of _____, 2023, IT IS HEREBY ORDERED that the above Stipulation be approved and made an Oder of this Court with full force and effect thereof.

                                              BY THE COURT:


                                              _____
                                              Hon. Magdeline D. Coleman
                                              Chief United States Bankruptcy Judge