IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : Chapter 7 |
|    MELVIN CHAPPELL, JR. | : |
|    CHARLENE D. GRACE-CHAPPEL | : |
| | : |
| | : |
| Debtor | : Bankruptcy No. 19-11245 - MDC |

STIPULATION TO EXTEND TIME TO FILE TRUSTEE'S COMPLAINT OBJECTING TO DISCHARGE AND TIME TO MOVE FOR DISMISSAL (OR CONVERSION)

AND NOW, this 29th of August, 2023, it is hereby agreed and stipulated between the Trustee, Robert H. Holber, Esquire, Chapter 7 Trustee, and Counsel, Regional Bankruptcy Center of Southeastern PA, P.C., by Roger V. Ashodian, Esquire, as follows:

1. The current deadline for Trustee to file a Complaint Objecting to Discharge and Time to Move for Dismissal (or Conversion) is September 11, 2023.

2. The parties hereby agree, that the Trustee and the U.S. Trustee shall have until November 10, 2023 to file a Complaint Objecting to Discharge and/or filing a Motion to Dismiss (or Convert) pursuant to 11 U.S.C. Section 707(b). Debtors' attorney certifies that he has specific authority from the Debtors to enter into this Stipulation.

 

_____  
Robert H. Holber  
Chapter 7 Trustee

Regional Bankruptcy Center of
Southeastern PA, P.C., by:

_____  
Roger V. Ashodian  
Counsel for Debtors

ORDER

AND NOW, this **29th** day of **August,** 2023, IT IS HEREBY ORDERED that the above Stipulation be approved and made an Oder of this Court with full force and effect thereof.

BY THE COURT:

_____  
Hon. Magdeline D. Coleman  
Chief United States Bankruptcy Judge