IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :Chapter 7
    MELVIN CHAPPELL, JR.
    CHARLENE D. GRACE-CHAPPELL

                    Debtor(s)       :Bankruptcy No. 19-11245- MDC

## STIPULATION TO EXTEND TIME TO FILE TRUSTEE'S COMPLAINT OBJECTING TO DISCHARGE AND TIME TO MOVE FOR DISMISSAL (OR CONVERSION)

AND NOW, this 25th of October, 2023, it is hereby agreed and stipulated between the Trustee, Robert H. Holber, Esquire, Chapter 7 Trustee, and Counsel, Regional Bankruptcy Center of Southeastern PA, P.C., by Roger V. Ashodian, Esquire, as follows:

    1. The current deadline for Trustee to file a Complaint Objecting to Discharge and Time to Move for Dismissal (or Conversion) is November 10, 2023.

    2. The parties hereby agree, that the Trustee and the U.S. Trustee shall have until January 9, 2023 to file a Complaint Objecting to Discharge and/or filing a Motion to Dismiss (or Convert) pursuant to 11 U.S.C. Section 707 (b). Debtor's attorney certifies that he has specific authority from the Debtor to enter into this Stipulation.

                                        Regional Bankruptcy Center of
                                        Southeastern Pa, P.C. by

_____        _____
Robert H. Holber                     Roger V. Ashodian, Esquire
Chapter 7 Trustee                    Counsel for Debtor(s)

                                        ORDER

    AND NOW, this _____ day of _____, 2023, IT IS HEREBY ORDERED that the above Stipulation be approved and made an Order of this Court with full force and effect thereof.

                                        BY THE COURT:

                                        _____
                                        Hon. Magdeline D. Coleman
                                        Chief United States Bankruptcy Judge