IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              :Chapter 7
   MELVIN CHAPPELL, JR.
   CHARLENE D. GRACE-CHAPPELL

*Amended*            Debtor(s)      :Bankruptcy No. 19-11245- MDC

STIPULATION TO EXTEND TIME TO FILE TRUSTEE'S COMPLAINT OBJECTING TO
DISCHARGE AND TIME TO MOVE FOR DISMISSAL (OR CONVERSION)

        AND NOW, this 25th of October, 2023, it is hereby agreed and
stipulated between the Trustee, Robert H. Holber, Esquire, and Counsel, Regional Bankruptcy Center of Southeastern
PA, P.C., by Roger V. Ashodian, Esquire, as follows:

        1.   The current deadline for Trustee to file a Complaint
Objecting to Discharge and Time to Move for Dismissal (or Conversion)
is November 10, 2023.

        2.   The parties hereby agree, that the Trustee and
the U.S. Trustee shall have until January 9, 2024 to file a
Complaint   Objecting to Discharge and/or filing a Motion to
Dismiss (or Convert) pursuant to 11 U.S.C. Section 707 (b) .
Debtor's attorney certifies that he has specific authority from
the Debtor to enter into this Stipulation.

                              Regional Bankruptcy Center of
                              Southeastern Pa, P.C. by


_____      _____
Robert H. Holber             Roger V. Ashodian, Esquire
Chapter 7 Trustee            Counsel for Debtor(s)


                    ORDER

        AND NOW, this    day of      , 2023, IT IS HEREBY
ORDERED that the above Stipulation be approved and made an Order
of this Court with full force and effect thereof.

                    BY THE COURT:


                    _____
                    Hon. Magdeline D. Coleman
                    Chief United States Bankruptcy Judge