IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                           :Chapter 7
    MELVIN CHAPPELL, JR.
    CHARLENE D. GRACE-CHAPPELL

*Amended*          Debtor(s)          :Bankruptcy No. 19-11245- MDC

STIPULATION TO EXTEND TIME TO FILE TRUSTEE'S COMPLAINT OBJECTING TO
DISCHARGE AND TIME TO MOVE FOR DISMISSAL (OR CONVERSION)

    AND NOW, this 25th of October, 2023, it is hereby agreed and stipulated between the Trustee, Robert H. Holber, Esquire, Chapter 7 Trustee, and Counsel, Regional Bankruptcy Center of Southeastern PA, P.C., by Roger V. Ashodian, Esquire, as follows:

    1. The current deadline for Trustee to file a Complaint Objecting to Discharge and Time to Move for Dismissal (or Conversion) is November 10, 2023.

    2. The parties hereby agree, that the Trustee and the U.S. Trustee shall have until January 9, 2024 to file a Complaint Objecting to Discharge and/or filing a Motion to Dismiss (or Convert) pursuant to 11 U.S.C. Section 707 (b). Debtor's attorney certifies that he has specific authority from the Debtor to enter into this Stipulation.

Regional Bankruptcy Center of
Southeastern Pa, P.C. by

_____          _____
Robert H. Holber                   Roger V. Ashodian, Esquire
Chapter 7 Trustee                  Counsel for Debtor(s)

ORDER

    AND NOW, this **1st** day of **November,** 2023, IT IS HEREBY ORDERED that the above Stipulation be approved and made an Order of this Court with full force and effect thereof.

BY THE COURT:

_____
Hon. Magdeline D. Coleman
Chief United States Bankruptcy Judge