United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 19-11245-mdc

Melvin Chappell, Jr.     Chapter 7

Charlene D. Grace-Chappell

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Nov 01, 2023     Form ID: pdf900     Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Melvin Chappell, Jr., 5011 Saul Street, Philadelphia, PA 19124-2635 |
| db | | Melvin Chappell, Jr., 5014R Leiper Street, Philadelphia, PA 19124 |
| jdb | | Charlene D. Grace-Chappell, 5014R Leiper Street, Philadelphia, PA 19124 |
| jdb | + | Charlene D. Grace-Chappell, 5011 Saul Street, Philadelphia, PA 19124-2635 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 03, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2023 at the address(es) listed below:

**Name     Email Address**

BRIAN CRAIG NICHOLAS
    on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

JASON BRETT SCHWARTZ
    on behalf of Creditor Capital One Auto Finance bkecf@friedmanvartolo.com  bankruptcy@friedmanvartolo.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

Case 19-11245-mdc    Doc 281    Filed 11/03/23    Entered 11/04/23 00:34:13    Desc
Imaged Certificate of Notice    Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 01, 2023 | Form ID: pdf900 | Total Noticed: 4 |

| | |
|---|---|
| KEVIN G. MCDONALD | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper bkgroup@kmllawgroup.com |
| KEVIN S. FRANKEL | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pa-bk@logs.com |
| KRISTEN D. LITTLE | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper KRLITTLE@FIRSTAM.COM |
| MEGAN N. HARPER | on behalf of Creditor CITY OF PHILADELPHIA megan.harper@phila.gov Edelyne.Jean-Baptiste@Phila.gov |
| PEARL PHAM | on behalf of Creditor Philadelphia Gas Works pearl.pham@pgworks.com |
| ROBERT H. HOLBER | on behalf of Trustee ROBERT H. HOLBER trustee@holber.com rholber@ecf.axosfs.com |
| ROBERT H. HOLBER | trustee@holber.com rholber@ecf.axosfs.com |
| ROGER V. ASHODIAN | on behalf of Joint Debtor Charlene D. Grace-Chappell ecf@schollashodian.com |
| ROGER V. ASHODIAN | on behalf of Debtor Melvin Chappell  Jr. ecf@schollashodian.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor American Credit Acceptance ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 15

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          : Chapter 7
    MELVIN CHAPPELL, JR.
    CHARLENE D. GRACE-CHAPPELL

    *Amended*    Debtor(s)        : Bankruptcy No. 19-11245- MDC

## STIPULATION TO EXTEND TIME TO FILE TRUSTEE'S COMPLAINT OBJECTING TO DISCHARGE AND TIME TO MOVE FOR DISMISSAL (OR CONVERSION)

AND NOW, this 25th of October, 2023, it is hereby agreed and stipulated between the Trustee, Robert H. Holber, Esquire, Chapter 7 Trustee, and Counsel, Regional Bankruptcy Center of Southeastern PA, P.C., by Roger V. Ashodian, Esquire, as follows:

    1. The current deadline for Trustee to file a Complaint Objecting to Discharge and Time to Move for Dismissal (or Conversion) is November 10, 2023.

    2. The parties hereby agree, that the Trustee and the U.S. Trustee shall have until January 9, 2024 to file a Complaint Objecting to Discharge and/or filing a Motion to Dismiss (or Convert) pursuant to 11 U.S.C. Section 707 (b). Debtor's attorney certifies that he has specific authority from the Debtor to enter into this Stipulation.

                                            Regional Bankruptcy Center of
                                            Southeastern Pa, P.C. by

_____        _____
Robert H. Holber                Roger V. Ashodian, Esquire
Chapter 7 Trustee               Counsel for Debtor(s)

ORDER

AND NOW, this **1st** day of **November,** 2023, IT IS HEREBY ORDERED that the above Stipulation be approved and made an Order of this Court with full force and effect thereof.

                                BY THE COURT:

                                _____
                                Hon. Magdeline D. Coleman
                                Chief United States Bankruptcy Judge