**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

___

In Re:  Chapter: 7
     Melvin Chappell, Jr. and Charlene D. Grace−Chappell
Debtor(s)  Case No: 19−11245−mdc

___

***ORDER***

    AND NOW, 1/8/24 , the debtor having failed to file either a statement regarding completion of a course in personal financial management, <u>see</u> 11 U.S.C. § 727(a)(11); <u>see also</u> Bankruptcy Rule 4004, or a request for a waiver from this requirement. 11 U.S.C. § 109(h)(4),

    And the statement regarding personal financial management was due, *see* Bankruptcy Rule 1007(c),

    Accordingly, it is hereby ORDERED that the debtor shall have until 1/22/24 to file a statement regarding completion of an instructional course concerning personal financial management or a request for a waiver from such requirement. If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 7 discharge. <u>See</u> Advisory Committee Note to Fed. R. Bankr. P. 4004.

 

                                    For The Court

                                    Magdeline D. Coleman

                                    Chief Judge, United States Bankruptcy Court