Certificate Number: 17082-PAE-DE-038124048

Bankruptcy Case Number: 23-11245



17082-PAE-DE-038124048

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 23, 2024, at 9:05 o'clock PM MST, MELVIN CHAPPELL completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   January 23, 2024                By:     /s/Orsolya K Lazar

                                        Name:   Orsolya K Lazar

                                        Title:  Executive Director