Certificate Number: 17082-PAE-DE-038124049

Bankruptcy Case Number: 23-11245



17082-PAE-DE-038124049

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 23, 2024, at 9:05 o'clock PM MST, CHARLENE D CHAPPELL completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   January 23, 2024            By:   /s/Orsolya K Lazar

Name:   Orsolya K Lazar

Title:   Executive Director