United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                              Case No. 19-11245-mdc

Melvin Chappell, Jr.                                                Chapter 7

Charlene D. Grace-Chappell

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Feb 01, 2024 | Form ID: 318 | Total Noticed: 47 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Melvin Chappell, Jr., 5014R Leiper Street, Philadelphia, PA 19124 |
| db | + | Melvin Chappell, Jr., 5011 Saul Street, Philadelphia, PA 19124-2635 |
| jdb | | Charlene D. Grace-Chappell, 5014R Leiper Street, Philadelphia, PA 19124 |
| jdb | + | Charlene D. Grace-Chappell, 5011 Saul Street, Philadelphia, PA 19124-2635 |
| 14285185 | | Acceptance Now, 8812 Frankford Avenue, Philadelphia, PA 19136 |
| 14572664 | + | Advantage on behalf of, Dept. of Ed Loan Services, P.O. Box 300001, Greenville, TX 75403-3001 |
| 14285188 | + | Albert Einstein Dental, 5501 Old York Rd., Philadelphia, PA 19141-3091 |
| 14291127 | | CornerStone Education Loan Services/Dept of ED, PO Box 145123, Salt Lake City, UT 84114-5123 |
| 14285195 | | Cornerstone Educational Loan services, PO Box 145123, Salt Lake City, UT 84114-5123 |
| 14285197 | + | Department of Education, Direct Loan Servicing Center, PO BOX 5609, Greenville, TX 75403-5609 |
| 14285198 | + | Empire Credit Recovery Services, 26 Railroad Ave #117, care@empirecreditrecovery.com, vanessa01033@outlook.com, Babylon, NY 11702-2204 |
| 14285199 | + | Highline Automotive, Inc., 2727 Philmont Ave, Suite 245, Huntingdon Valley, PA 19006-5312 |
| 14285200 | + | JH Porfolio Debt Equities LLC, c/o agent Quantum3 Group LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14285203 | + | PECO - Bankruptcy Unit, 2301 Market Street, S4-1, Philadelphia, PA 19103-1338 |
| 14285204 | + | PGW, P.O. Box 11700, Newark, NJ 07101-4700 |
| 14285206 | | Progress Physical Therapy, LLC, PO Box 95000-7270, Philadelphia, PA 19195-7270 |
| 14598674 | | Purchasing Power LLC, Bky Dept., PO Box 745857, Atlanta, GA 30374-5857 |
| 14285208 | ++ | UHEAA, PO BOX 145108, SALT LAKE CITY UT 84114-5108 address filed with court:, UHEAA, Utah Hiher Education Assistance Authorit, PO Box 145110, Salt Lake City, UT 84114-5110 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QRHHOLBER.COM | Feb 02 2024 05:19:00 | ROBERT H. HOLBER, Robert H. Holber PC, 41 East Front Street, Media, PA 19063-2911 |
| smg | | Email/Text: megan.harper@phila.gov | Feb 02 2024 00:26:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Feb 02 2024 05:19:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 02 2024 00:26:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14285184 | + | Email/Text: bankruptcy@rentacenter.com | Feb 02 2024 00:26:00 | Acceptance Now, 5501 Headquarter Drive, Plano, TX 75024-5837 |
| 14285187 | + | Email/Text: bankruptcy@acimacredit.com | Feb 02 2024 00:26:00 | Acima, 9815 South Monroe Street, Sandy, UT 84070-4297 |
| 14285186 | + | Email/Text: bankruptcy@acimacredit.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 01, 2024 | Form ID: 318 | Total Noticed: 47 |

| | | | | |
|---|---|---|---|---|
| | | | Feb 02 2024 00:26:00 | Acima, 9815 South Monroe Street floor 4, Sandy, UT 84070-4384 |
| 14285189 | + | Email/Text: bankruptcy@acacceptance.com | | |
| | | | Feb 02 2024 00:26:00 | American Credit Acceptance, LLC, fka Auto Finance, 961 E. Main St., Spartanburg, SC 29302-2149 |
| 14285190 | + | EDI: AISACG.COM | | |
| | | | Feb 02 2024 05:19:00 | Ascension Capital Group, Attn: Capital One Auto Finance, a division of Capital One, N.A. Department, P.O. Box 165028, Irving, TX 75016-5028 |
| 14285192 | | EDI: CAPITALONE.COM | | |
| | | | Feb 02 2024 05:19:00 | Capital One Bank, 15000 Capital One Drive, Henrico, VA 23238 |
| 14352928 | | Email/Text: megan.harper@phila.gov | | |
| | | | Feb 02 2024 00:26:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14285191 | | EDI: CAPONEAUTO.COM | | |
| | | | Feb 02 2024 05:19:00 | Capital One Auto Finance, PO Box 60511, City of Industry, CA 91716-0511 |
| 14283925 | + | EDI: AISACG.COM | | |
| | | | Feb 02 2024 05:19:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, Rejoy Nalkara, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14310321 | + | EDI: AISACG.COM | | |
| | | | Feb 02 2024 05:19:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 14285193 | | EDI: CAPITALONE.COM | | |
| | | | Feb 02 2024 05:19:00 | Capital One Bank (USA) N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14302926 | + | EDI: AIS.COM | | |
| | | | Feb 02 2024 05:19:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14285194 | + | EDI: COMCASTCBLCENT | | |
| | | | Feb 02 2024 05:19:00 | Comcast, P.O. Box 3001, Southeastern, PA 19398-3001 |
| 14285196 | | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | | Feb 02 2024 00:31:04 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 14285201 | ^ | MEBN | | |
| | | | Feb 02 2024 00:18:44 | KML Law Group, P.C., Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14320151 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Feb 02 2024 00:31:31 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14319005 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Feb 02 2024 00:26:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14729610 | + | EDI: NFCU.COM | | |
| | | | Feb 02 2024 05:19:00 | NAVY FEDERAL CREDIT UNION, P O BOX 3000, MERRIFIELD, VA 22119-3000 |
| 14306018 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | | Feb 02 2024 00:26:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 14285205 | ^ | MEBN | | |
| | | | Feb 02 2024 00:18:48 | PGW, Attn: Bky. Dept. 3F, 800 Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14315429 | | EDI: PRA.COM | | |
| | | | Feb 02 2024 05:19:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14285202 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | | Feb 02 2024 00:26:00 | Pacific Union Financial LLC, 1603 LBJ Freeway, Suite 500, Dallas, TX 75234-6071 |
| 14323047 | + | Email/Text: bankruptcy@purchasingpower.com | | |
| | | | Feb 02 2024 00:26:00 | Purchasing Power, LLC, Bankruptcy Dept., 2727 Paces Ferry, Rd SE, Bldg. 2, Suite 1200, Atlanta, GA 30339-6143 |
| 14285207 | + | Email/Text: sdietz@swrecovery.com | | |
| | | | Feb 02 2024 00:26:00 | Southwest Recovery Services Inc., 17311 Dallas Pkwy #235, Dallas, TX 75248-1132 |
| 14285209 | + | EDI: VERIZONCOMB.COM | | |
| | | | Feb 02 2024 05:19:00 | Verizon, 500 Technology Drive, Weldon Springs, |

District/off: 0313-2                          User: admin                          Page 3 of 4
Date Rcvd: Feb 01, 2024                       Form ID: 318                          Total Noticed: 47

|         |                                    | MO 63304-2225 |
|---------|------------------------------------|---------------|

| 14285210 | Email/Text: megan.harper@phila.gov | | |
|----------|------------------------------------|-----------------|--------------------------------------------------|
|          |                                    | Feb 02 2024 00:26:00 | Water Revenue Bureau, 1401 John F. Kennedy Boulevard, Philadelphia, PA 19102-1663 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|----------|---------------|------------------|
| aty | *+ | ROBERT H. HOLBER, Robert H. Holber PC, 41 East Front Street, Media, PA 19063-2911 |
| 14322510 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2024                     Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2024 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| JASON BRETT SCHWARTZ | on behalf of Creditor Capital One Auto Finance bkecf@friedmanvartolo.com  bankruptcy@friedmanvartolo.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper bkgroup@kmllawgroup.com |
| KEVIN S. FRANKEL | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pa-bk@logs.com |
| KRISTEN D. LITTLE | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper KRLITTLE@FIRSTAM.COM |
| MARK A. CRONIN | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper bkgroup@kmllawgroup.com |
| MARK A. CRONIN | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com |
| MEGAN N. HARPER | on behalf of Creditor CITY OF PHILADELPHIA megan.harper@phila.gov  Edelyne.Jean-Baptiste@Phila.gov |
| PEARL PHAM | on behalf of Creditor Philadelphia Gas Works pearl.pham@pgworks.com |
| ROBERT H. HOLBER | trustee@holber.com  rholber@ecf.axosfs.com |
| ROBERT H. HOLBER | on behalf of Trustee ROBERT H. HOLBER trustee@holber.com  rholber@ecf.axosfs.com |

ROGER V. ASHODIAN
    on behalf of Joint Debtor Charlene D. Grace-Chappell ecf@schollashodian.com

ROGER V. ASHODIAN
    on behalf of Debtor Melvin Chappell  Jr. ecf@schollashodian.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor American Credit Acceptance ecfmail@mortoncraig.com  mortoncraigecf@gmail.com


TOTAL: 15

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Melvin Chappell Jr. | Social Security number or ITIN   xxx–xx–5815 |
| | First Name   Middle Name   Last Name | EIN   __–_____ |
| Debtor 2 | Charlene D. Grace–Chappell | Social Security number or ITIN   xxx–xx–1940 |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN   __–_____ |

United States Bankruptcy Court   Eastern District of Pennsylvania

Case number:   19–11245–mdc

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Melvin Chappell Jr.                    Charlene D. Grace–Chappell

2/1/24                                          **By the court:** Magdeline D. Coleman
                                                                  United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                    **Order of Discharge**                    page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**